**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-cv-62677-MIDDLEBROOKS

NICOLAS VEGA SANCHEZ,

      Petitioner,

v.

SECRETARY, KRISTI NOEM
et al.,

      Defendants.

_____/

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch to take all action required by law on Petitioner's Writ of Habeas Corpus (DE 1), filed December 23, 2025.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of December, 2025.

_____
Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record