UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-62677-CV-MIDDLEBROOKS/Augustin-Birch

NICOLAS VEGA SANCHEZ,

    Petitioner,

v.

KRISTI NOEM, *et al.*

    Respondents.
_____/

## **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on January 20, 2026. (DE 17). The Report recommends granting Petitioner Nicolas Vega Sanchez's Petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, to the extent that the petition is construed as seeking an individualized bond hearing. (*Id.*). Respondent did not file objections to the Report, and the deadline to do so has expired.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 17) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED IN PART**, as set forth in the Report, insofar as it implicitly seeks an immediate bond hearing.

(3) Accordingly, Respondent shall either afford Petitioner an individualized bond hearing before an immigration judge **within 7 days of entry of this Order**, or release Petitioner.

(4) Petitioner may file a timely motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, if appropriate.

(5) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 28th day of January, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
Counsel of Record;